IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ELDA Y CASTRO GAVILLAN

Bkrtcy. No. 11-05324-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Jun 24, 2011
Meeting Date: Aug 18, 2011
DC Track No. 10

Days from petition date: 55
Meeting Time: 10:00 AM

910 Days before Petition: 12/26/2008
☐ Chapter 13 Plan Date: Aug 16, 2011 Dkt.# 13 ☐ Amended.

This is debtor(s) 2nd Bankruptcy petition. (1st was more than 10 yrs ago)
Plan Base: $34,860.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Sep 16, 2011 Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $570.00

**I. Appearances:** ☐ Telephone ☐ Video Conference
☑ Debtor Present ☑ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☑ Substitute attorney: H. Cervigne ☐ Pro-se.

☐ Creditor(s) present: ☐ None.

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: MARILYN VALDES ORTEGA*
Total Agreed: $3,000.00 Paid Pre-Petition: $350.00 Outstanding: $2,650.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☑ Above Median Income. Liquidation Value: 0.00
Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0
8.41% The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:** ☑ ① other
☑ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☑ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308] _____
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:
1) Debtor must upload 2007-2009 tax returns through TEDFA (Puerto Rico)
2) Trustee to review food expenses. The same are almost $300.00 over IRS standards.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Aug 18, 2011